In the Matter of the Claim of SAMUEL MERENDINO, Respondent, against ROCKLAND FINISHING COMPANY and Another, Appellants. STATE INDUSTRIAL

BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence in the record of serious facial disfigurement. Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ., concur.